IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 12-183 (JRS) |
| KAI KPAAN | : | |

### ORDER

AND NOW this 9th day of July, 2012, upon motion of the United States requesting that the indictment in the above-captioned case be dismissed, and with no objection thereto, it is hereby

### ORDERED

that the indictment in the above-captioned matter is dismissed without prejudice.

BY THE COURT:

_____
HONORABLE JUAN R. SANCHEZ
United States District Judge
Eastern District of Pennsylvania

CC: Marshal